UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAD LEROY,

       Plaintiff,   Case No. 17-10229
       Hon. Terrence G. Berg

v.

FIAT CHRYSLER AUTOMOBILES N.V., et al.,
       Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2017

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2017, by electronic means and/or ordinary mail.

s/A. Chubb
CASE MANAGER
(810) 341-9764